# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/20/2007 | | | |
| 05/21/2007 | | | |
| 05/21/2007 | | | |
| 05/22/2007 | | | |
| 05/22/2007 | | | |
| 05/22/2007 | | | |
| 05/22/2007 | | | |
| 05/23/2007 | | | |
| 05/23/2007 | | | |
| 05/23/2007 | (File 5128) Telephone conference with Ian Barns (4); ▓▓▓▓▓ ▓▓▓ondence to John | 500.00 | ▓▓▓▓ |
| 05/23/2007 | | | |
| 05/23/2007 | | | |
| 05/24/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | | |
| 06/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 06/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | |
| 06/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/03/2007 | (File 5128) Preparation Motion for Default | 62.50 | ▓▓▓ |
| 06/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 06/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 06/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | $▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 06/04/2007 | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | |
| 06/05/2007 | | | |
| 06/05/2007 | (file 5128) Analysis of correspondence/order fro Judeg St. Eve | 15.00 | |
| 06/05/2007 | ▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 06/05/2007 | (File 5128) Preparation Initail Status Report; correspondence to defense counsel; reviewed file re: due date for answer | 375.00 | ▓9 |
| 06/05/2007 | ▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | ▓▓▓ | ▓9 |
| 06/06/2007 | ▓▓▓▓▓▓ | | ▓▓▓ |
| 06/06/2007 | ▓▓▓▓▓▓ | | ▓▓▓ |
| 06/06/2007 | | | |
| 06/07/2007 | (File 5128) Telephone conference with Ian Burns concerning Rule 26(f) conference | 62.50 | |
| 06/07/2007 | ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | |
| 06/07/2007 | ▓▓▓▓▓▓▓▓▓▓ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/07/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 06/07/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 06/07/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓ |
| 06/08/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 06/11/2007 | | ▓▓▓ | ▓▓▓▓ |
| 06/11/2007 | (File 5128) Telephone conference Ian Burns | 37.50 | 5 |
| 06/12/2007 | (File 5128) Analysis of Defendant's Motion | 82.50 | |
| 06/12/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓▓ |
| 06/12/2007 | (File 5128) Preparation response to motion to dismiss | 125.00 | ▓▓▓▓ |
| 06/12/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | |
| 06/13/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 06/13/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 06/13/2007 | (File 5128) Preparation response to motion to dismiss, research re: Defendant's claims and citation to authorities | 1,000.00 | ▓▓▓▓ |
| 06/14/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | $▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/14/2007 | ████████████████ | ███ | ████ |
| 06/14/2007 | ████████████████ | | |
| 06/14/2007 | ███ | | |
| 06/14/2007 | (File 5128) preparation response to motion to dismiss | 750.00 | ███ |
| 06/15/2007 | ███ | ███ | |
| 06/15/2007 | ███ | | |
| 06/15/2007 | (File 5128) research case authorities | 125.00 | ███ |
| 06/16/2007 | (File 5128) Reasearch case authorities, preparation response to motion to dismiss | 1,625.00 | ███ |
| 06/16/2007 | ███ | ███ | |
| 06/17/2007 | (File 5128) Revisions and research re: response to motion to dismiss | 1,500.00 | ███ |
| 06/18/2007 | (File 5128) Revisions and refinement of response to motion to dismiss, research case authorities in opposition to Defendant's Motion | 1,750.00 | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/18/2007 | ███ | ███ | ███ |
| 06/19/2007 | (File 5128) Court hearing | 625.00 | ███ |
| 06/19/2007 | (File 5128) Tolls | 0.80 | ███ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████89 | 0.00 | 0.00 | 0.00 | 0.00 | ████ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▉▉▉▉ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/19/2007 | (File 5128) mileage | 25.22 | ▉▉▉ |
| 06/19/2007 | (File 5128) Parking | 10.00 | |
| 06/19/2007 | ▉▉▉▉▉▉▉▉ | ▉▉ | |
| 06/19/2007 | (File 5128) telephone conference Jorge Montes re: settlement of American Star | 37.50 | ▉▉ |
| 06/19/2007 | (File 5128) preparation motion to dismiss action based upon settlement | 187.50 | ▉▉ |
| 06/19/2007 | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 06/19/2007 | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 06/20/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/21/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/21/2007 | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 06/21/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/21/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/22/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/22/2007 | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 06/22/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/23/2007 | ▉▉▉▉▉▉▉ | ▉▉ | ▉▉ |
| 06/23/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |
| 06/25/2007 | ▉▉▉▉▉▉▉ | | ▉▉ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▉▉▉▉ | 0.00 | 0.00 | 0.00 | 0.00 | ▉▉▉ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/26/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 06/26/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 06/26/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/26/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/27/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | |
| 06/27/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |
| 06/27/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/27/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/28/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/28/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ |
| 06/28/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 37.50 | ▓ |
| 06/29/2007 | (File 5128) Analysis of Reply brief | 62.50 | ▓ |
| 06/30/2007 | (File 5128) Analysis of Reply brief, correspondence to John and Sally re: same | 250.00 | ▓ |
| 06/30/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓ | ▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

## Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/18/2007 | | | |
| 07/19/2007 | (File 5128) Court hearing | 812.50 | |
| 07/19/2007 | (File 5128) Parking | 22.00 | |
| 07/19/2007 | (File 5128) Mileage | 25.22 | |
| 07/19/2007 | (File 5128) Tolls | 0.80 | |
| 07/19/2007 | | | |
| 07/19/2007 | | | |
| 07/19/2007 | | | |
| 07/20/2007 | | | |
| 07/20/2007 | | | |
| 07/20/2007 | | | |
| 07/20/2007 | | | |
| 07/20/2007 | | | |
| 07/20/2007 | | | |
| 07/21/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,… | ~~$8,570.79~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/09/2007 | ~~(File 5163) Advance...~~ | | |
| 08/09/2007 | ~~(File 5163) Analysis of Notice of Appeal and...~~ | | ~~4,557.14~~ |
| 08/09/2007 | ~~(File 5163) Correspondence with Court (Motion...~~ | 62.50 | ~~4,595.64~~ |
| | ~~...~~ | | |
| 08/09/2007 | ~~(File 5163) Conference with Defendant re: depositions~~ | | |
| 08/09/2007 | ~~(File 5163) Conference with Defendant re: Avis...~~ | | ~~4,799.64~~ |
| | ~~re: K&S...~~ | | |
| 08/09/2007 | ~~(File 5163) Correspondence to E. Doe (Clear Channel...~~ | ~~37.50~~ | ~~4,874.64~~ |
| | ~~American Eagle telephone conference; Mut...~~ | | |
| | ~~Bank re: settlement, preparation settlement~~ | | |
| 08/09/2007 | ~~(File 5163)...~~ | ~~62.50~~ | ~~4,937.14~~ |
| 08/09/2007 | ~~(File 5163) Telephone conference with...~~ | | ~~4,99...~~ |
| 08/09/2007 | (File 5128) Correspondence to John and Sally | 37.50 | |
| 08/10/2007 | ~~(File 5163)...~~ | | |
| 08/10/2007 | ~~(File 5163) Analysis of appraisal...~~ | | |
| | ~~amount; input and subsequent...~~ | | |
| 08/10/2007 | ~~(File 5163) Conference re:...~~ | | |
| | ~~litigation~~ | | |
| 08/10/2007 | ~~(File 5163)...~~ | | ~~...9.64~~ |
| | ~~taxation~~ | | |
| 08/10/2007 | ~~(File 5163) Advance cost...~~ | | |
| 08/10/2007 | ~~(File 5163) Receipt of...~~ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ~~...~~ | 0.00 | 0.00 | 0.00 | 0.00 | ~~...~~ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | $8,570.29 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/11/2007 | | | |
| 08/11/2007 | | | |
| 08/11/2007 | | | |
| 08/11/2007 | | | |
| 08/12/2007 | | 62.50 | 7,467.14 |
| 08/13/2007 | | | |
| 08/13/2007 | | | |
| 08/13/2007 | | | |
| 08/13/2007 | | | |
| 08/13/2007 | | | |
| 08/14/2007 | | | |
| 08/15/2007 | | | |
| 08/15/2007 | | | |
| 08/15/2007 | | | |
| 08/15/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 8,570.29 | 0.00 | 0.00 | 0.00 | 0.00 | $8,570.29 |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/15/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/16/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/16/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓.50 | ▓▓▓▓ |
| 08/16/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | 1▓▓▓▓ |
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/17/2007 | (File 5128) Analysis of survey expert; preparation written discovery | 62.50 | ▓▓▓▓ |
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/17/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓,▓▓▓ |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 08/18/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/18/2007 | ▓▓▓▓▓▓ Motion for D▓▓▓ | 62.50 | ▓▓▓▓ |
| 08/18/2007 | (File 5128) Preparation written discovery; telephone conferenec Shawn Landa | 500.00 | ▓▓▓▓ |
| 08/19/2007 | (File 5128) Preparation Requests to Admit | 500.00 | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓▓ | | |
| 08/19/2007 | ▓▓▓▓▓▓ | | |
| 08/19/2007 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓ Compl▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓ fee for Compl▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/19/2007 | (File 5128) Analysis of photographs of bandit cabs (American Metro) | 62.50 | ▓▓▓▓ |
| 08/19/2007 | ▓▓▓▓▓▓ Analysis of correspondence from Distr▓ ▓▓▓ correspondence to District 20▓ correspondenc▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/21/2007 | ▓▓▓▓ Telephone conference District 20▓ Bo▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/21/2007 | ▓▓▓▓▓▓ for client meeti▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/21/2007 | ▓▓▓▓▓▓ Client meet▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 08/21/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓,▓▓▓.▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ~~$8,570.00~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/21/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/21/2007 | ~~████~~ | 0.00 | ~~████~~ |
| 08/22/2007 | (File 5128) Telephone conference to and from defense counsel re: answer and Rule 26(f) conference | 62.50 | ~~████~~ |
| 08/22/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| | ~~████~~ | | |
| 08/23/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/23/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/23/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/23/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/24/2007 | (File 5128) Analysis of Defendant's answer; revisions to discovery requests | 500.00 | ~~████~~ |
| 08/24/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/24/2007 | ~~████~~ | ~~████~~ | ~~████~~ |
| 08/24/2007 | (File 5128) Preparation Rule 30(b)(6) Notice | 82.50 | ~~████~~ |
| 08/24/2007 | ~~████~~ | 250.00 | ~~████~~ |
| | ~~████~~ | | |
| 08/25/2007 | ~~████~~ | ~~████~~ | 10,103.~~██~~ |
| 08/26/2007 | revisions to correspondence to John and Sahru ~~████~~ | 250.00 | 10,193.62 |
| 08/26/2007 | ~~████~~ | ~~████~~ | .62 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ~~████~~ | 0.00 | 0.00 | 0.00 | 0.00 | ~~$8,570.00~~ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ~~$~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/26/2007 | | | 10,998.12 |
| 08/26/2007 | | | |
| 08/26/2007 | | | |
| 08/26/2007 | | | |
| 08/27/2007 | | | |
| 08/27/2007 | (File 5167) Telephone conference Mark Ellisen; telephone conference John Tessama | | 11,797.62 |
| 08/27/2007 | | 82.50 | 11,700. |
| 08/27/2007 | (File 5161) Preparation Motion for FRD | | |
| 08/27/2007 | (File 5128) Revisions to Joint Status Report; telepehone conference (m) to and from Defense Counsel | 82.50 | |
| 08/27/2007 | Parking | 13.00 | |
| 08/28/2007 | | | |
| 08/28/2007 | | 0.90 | |
| 08/28/2007 | | | |
| 08/28/2007 | (File 3920) Telephone conference St. Luke | | |
| 08/28/2007 | Correspondence from M. | | |
| 08/29/2007 | (File 3920) Depositions of Yuri Shevelev and A | 2,000.00 | |
| 08/29/2007 | (File 3920) | | 11,711.16 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ~~~~ | 0.00 | 0.00 | 0.00 | 0.00 | ~~~~ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/29/2007 | | ▓▓▓ | ▓▓▓ |
| 08/29/2007 | (File 5128) ▓▓▓ | | ▓▓▓ |
| 08/29/2007 | (File 5128) Preparation Motion and Memorandum of Law in Support of TRO and Preliminary Injunction | 1,181.25 | |
| 08/30/2007 | (File 5128) Deposit▓▓ | ▓▓▓ | ▓▓▓ |
| 08/30/2007 | ▓▓▓ 2 @ 40 each | | ▓▓▓ |
| 08/31/2007 | (File 5128) Correspondence to Mary Re▓▓▓ | ▓▓▓ | ▓▓▓ |
| | ▓▓ School Ride Contra▓▓ | | |
| 08/31/2007 | (File 5128) Deposition ▓▓▓ | ▓,▓▓▓.00 | ▓▓▓ |
| | ▓▓ Telephone conference with John ▓▓▓ | | |
| 08/31/2007 | ▓▓tion for Injunctive ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 08/31/2007 | ▓▓nal Services (August 2▓ ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 09/01/2007 | ▓▓▓ | | |
| 09/04/2007 | (File 5128) Preparation of ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 09/04/2007 | (File 3656) Telephone conference with S. ▓▓▓ | ▓▓▓ | ▓▓▓ |
| | ▓▓ ▓▓ Breden ▓▓▓ | | |
| 09/04/2007 | ▓▓▓ | | ▓▓▓ |
| | ▓▓▓ Wayne Depos▓▓▓ | | |
| 09/04/2007 | ▓▓▓ | | ▓,▓▓▓.▓▓ |
| 09/04/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 09/05/2007 | (File 5128) TRO-Preliminary Injunction Mtu. Final | 892.50 | ▓▓▓ |
| 09/05/2007 | ▓▓▓ | | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/05/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/06/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/06/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 500.00 | ▓▓▓▓ |
| 09/06/2007 | (File 5128) Telephone conference with Defense Counsel; preparation of revisions to Status Report | 125.00 | ▓▓▓▓ |
| 09/06/2007 | (File 5128) Revised Motion for TRO | 375.00 | ▓▓▓▓ |
| 09/07/2007 | (File 5128) TRO and Injunction Federal Injunction Act | 218.75 | ▓▓▓▓ |
| 09/07/2007 | (File 5128) Telephone conference with John; revised Motion for TRO | 250.00 | ▓▓▓▓ |
| 09/08/2007 | Analysis of Clear Channel Agreement with Dept. of Aviation; revised correspondence to Commissioner of Dept. | 250.00 | ▓▓▓▓ |
| 09/09/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.00 | ▓▓▓▓ |
| 09/10/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/10/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/10/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/10/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 09/10/2007 | (File 5128) Revisions to TRO and Motion against American Metro Taxi | 250.00 | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | $8,570.29 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/10/2007 | (File 5128) Preparation Motion for Default | 125.00 | 11,140.64 |
| 09/10/2007 | (File 5182) Revisions to correspondence (Charge) | | 11,525.14 |
| | treatment of Avis... | | |
| 09/10/2007 | (File 5173) Preparation Memorandum Default | | 11,650.14 |
| 09/10/2007 | (File 3656) Telephone conference with N.J. | | 11,682.64 |
| | correspondence to J.J. | | |
| 09/10/2007 | (File 5167) Research Actuary | | 12,291.14 |
| 09/10/2007 | (File 5158) Telephone conference Sally Henel; | 25.00 | |
| | Brad Schwartz | | |
| 09/11/2007 | filing & Court Fees (Court Reporter Transcript) | 30.00 | 12,291.14 |
| | Amrit Juneja | | |
| 09/11/2007 | (File 3656) Telephone conference John O. | 62.50 | |
| 09/11/2007 | (File 5167) Telephone conference Court re: hearing | | 12,656.14 |
| 09/11/2007 | (File 5173) Correspondence to court and from court | | |
| 09/12/2007 | (File 5128) Preparation Preliminary Injunction | 1,000.00 | |
| 09/12/2007 | correspondence to Sally re: ETUL | 62.50 | 13,281.14 |
| 09/12/2007 | (File 5128) Research case authorities re: Preliminary Injunction | 437.50 | |
| 09/13/2007 | (File 5128) Revisions to Motion; preparation exhibits | 125.00 | 11,110.64 |
| 09/13/2007 | (File 5167) Telephone conference re: | | 11,196.64 |
| 09/13/2007 | (File 5167) Preparation review of document | 33.50 | 11,196.64 |
| 09/13/2007 | REDMEM (File 5173) | 129.00 | 11,196.64 |
| 09/14/2007 | MT (File 5167) | 150.00 | 11,196.64 |
| 09/14/2007 | (File 5158) Telephone conference Leon and Jes | 0.00 | 11,521.14 |
| 09/15/2007 | (File 5128) Preparation Exhibits and filing Motion | 0.00 | 11,521.14 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer, ... | ~~$ ~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/16/2007 | ~~(File 5128) Telephone conference~~ | ~~~~ | ~~~~ |
| 09/17/2007 | ~~(File 5158) Telephone conference John, Sally an~~ | ~~~~ | ~~8,100.14~~ |
| 09/18/2007 | ~~~~ | ~~37.50~~ | ~~~~ |
| 09/18/2007 | ~~~~ | ~~500.00~~ | ~~8,005.64~~ |
| 09/18/2007 | (File 5128) Preparation 26(a) Disclosures; analysis of Defendant's 26(a) disclosures | 250.00 | |
| 09/19/2007 | ~~~~ | ~~62.50~~ | |
| 09/19/2007 | ~~(File 5158) Telephone con~~ | | ~~8,370~~ |
| 09/19/2007 | ~~~~ | ~~62.50~~ | |
| 09/20/2007 | (File 5128) Court Hearing | 375.00 | ~~~~ |
| 09/20/2007 | ~~~~ | ~~375.00~~ | ~~~~ |
| 09/20/2007 | ~~~~ | ~~2~~ | ~~~~ |
| 09/20/2007 | ~~~~ | ~~2~~ | ~~~~ |
| 09/20/2007 | ~~~~ | ~~2~~ | ~~~~ |
| 09/20/2007 | ~~~~ | ~~82.50~~ | ~~9,525.4~~ |
| 09/20/2007 | ~~~~ | ~~8~~ | ~~~~ |
| 09/20/2007 | ~~~~ | ~~~~ | ~~16~~ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ~~~~ | 0.00 | 0.00 | 0.00 | 0.00 | ~~~~ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/30/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 62.50 | ▓▓▓▓▓ |
| 09/30/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 09/30/2007 | (File 5128) Preparation Discovery Responses to American Metro Taxi | 500.00 | ▓▓▓▓▓ |
| 10/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/01/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 62.50 | 6,126.04 |
| 10/02/2007 | (File 5128) revisions to draft discovery responses | 125.00 | ▓▓▓▓▓ |
| 10/02/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/03/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |
| 10/04/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 62.50 | ▓▓▓▓▓ |
| 10/05/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,… | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/16/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓.00 | 606.▓▓ |
| 10/16/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓ |
| 10/17/2007 | (File 5128) Preparation Reply to Response in Opposition to Preliminary Injunction | 787.50 | ▓▓▓ |
| 10/17/2007 | Analysisi of correspondence from John; correspondence to John re: personal injury action and U. S. Taxi | 125.00 | ▓▓▓ |
| 10/17/2007 | ▓▓▓▓ telephone conference (▓ ▓▓▓) | | ▓▓▓ |
| 10/17/2007 | (File 5128) Preparation Reply in Response to Opposition to Preliminary Injunction | 125.00 | ▓▓▓ |
| 10/17/2007 | (File 5128) Conference co-counsel re: Reply brief | 62.50 | ▓▓▓ |
| 10/19/2007 | (File 5128) Preparation Reply to Response in Opposition to Preliminary Injunction; research case authorities re: same | 962.50 | ▓▓▓ |
| 10/19/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 10/19/2007 | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

## Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer, ... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/19/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓▓▓ |
| 10/19/2007 | (File 5128) Analysis of American Metro's discovery responses; correspondence to Ian Burns | 437.50 | ▓▓▓▓ |
| 10/20/2007 | (File 5128) Preparation Reply brief to Response in opposition to Preliminary Injunction | 227.50 | ▓▓▓ |
| 10/21/2007 | (File 5128) Preparation Reply brief to Response in opposition to Preliminary Injunction | 437.50 | ▓▓▓ |
| 10/22/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | 37.50 | ▓▓▓ |
| 10/22/2007 | (File 5128) Revisions to discovery responses; telephone conference Len re: evolution of marks/name | 187.50 | ▓▓▓ |
| 10/22/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓ |
| 10/22/2007 | (File 5128) Preparation Reply brief to Response in opposition to Preliminary Injunction | 350.00 | ▓▓▓ |
| 10/23/2007 | (File 5128) Preparation Reply brief to Response in opposition to Preliminary Injunction | 1,137.50 | ▓▓▓ |
| 10/23/2007 | ▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓ |
| 10/23/2007 | ▓▓▓▓ | | ▓▓▓ |
| 10/23/2007 | ▓▓▓▓ | | ▓▓▓ |
| 10/23/2007 | | | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**