# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | [redacted] | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/23/2007 | (File 5128) Revisions/Finalization of discovery responses | 62.50 | [redacted] |
| 10/23/2007 | [redacted] | [redacted] | [redacted] |
| 10/24/2007 | [redacted] | [redacted] | [redacted] |
| 10/24/2007 | [redacted] | [redacted] | [redacted] |
| 10/24/2007 | [redacted] | [redacted] | [redacted] |
| 10/24/2007 | [redacted] | [redacted] | [redacted] |
| 10/24/2007 | (File 5128) Revisions to Discovery | 62.50 | [redacted] |
| 10/24/2007 | (File 5128) Revisions to Reply brief (5 hours invoiced 2) | 500.00 | [redacted] |
| 10/24/2007 | Telephone conference C. Mudd | 37.50 | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/25/2007 | [redacted] | [redacted] | [redacted] |
| 10/26/2007 | (File 5128) Revisions to reply brief | 187.50 | [redacted] |
| 10/26/2007 | [redacted] | [redacted] | [redacted] |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| [redacted] | 0.00 | 0.00 | 0.00 | 0.00 | [redacted] |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ~~$6,570.25~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/26/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/26/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/28/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/28/2007 | (File 5128) Finalization and filing of Reply brief | 250.00 | ~~[redacted]~~ |
| 10/29/2007 | (File 5128) Conference Defense counsel re: Court hearing and discovery issues (3): telephone conference Court DePuty re; Hearing; | 125.00 | ~~[redacted]~~ |
| 10/29/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/30/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/30/2007 | (File 5128) Telephone conference Defense counsel (m); analysis of correspondence from Defense Counsel | 37.50 | ~~[redacted]~~ |
| 10/30/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/31/2007 | ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| 10/31/2007 | (File 5128) Telephone conference Ian Burns | 37.50 | ~~[redacted]~~ |
| 10/31/2007 | ~~[redacted]~~ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ~~[redacted]~~ | 0.00 | 0.00 | 0.00 | 0.00 | ~~[redacted]~~ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,… | [redacted] | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/01/2007 | [redacted] | [redacted] | [redacted] |
| 11/01/2007 | (File 5128) Correspondence to Judge St. Eve | 62.50 | [redacted] |
| 11/01/2007 | [redacted] | [redacted] | [redacted] |
| 11/01/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | (File 5128) Telephone conference Ian Burns re: Discovery complaince and disputes | 175.00 | [redacted] |
| 11/02/2007 | (File 5128) Preparation Preliminary Supplemental Responses | 125.00 | [redacted] |
| 11/02/2007 | (File 5128) Telephone conference Sally (N/C) | 0.00 | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |
| 11/02/2007 | [redacted] | [redacted] | [redacted] |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| [redacted] | 0.00 | 0.00 | 0.00 | 0.00 | [redacted] |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ██████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/12/2007 | ███████████████████ | ██████ | ██████ |
| 11/13/2007 | ███████████████████ | ██████ | ██████ |
| 11/13/2007 | (File 5128) Preparation Motion to Compel Discovery Responses | 250.00 | ██████ |
| 11/13/2007 | (File 5128) Preparation Protective Order | 250.00 | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████████ | ██████ | ██████ |
| 11/14/2007 | ███████████████ | ██████ | ██████ |
| 11/15/2007 | ███████████████ | ██████ | ██████ |
| 11/15/2007 | (File 5128) Telephone conference with S. Landa re: American Metro and American North (.25hr) | 62.50 | ██████ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████.29 | 0.00 | 0.00 | 0.00 | 0.00 | ██████ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/15/2007 | (File 5128) Draft Protective Order (1hr) | 250.00 | ▓▓▓ |
| 11/16/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/16/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/16/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/16/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/17/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/17/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/18/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/18/2007 | (File 5128) Preparation Motion to Compel | 500.00 | ▓▓▓ |
| 11/18/2007 | (File 5128) Preparation Rule 30 Notice | 82.50 | ▓▓▓ |
| 11/19/2007 | (File 5128) Revisions to Rule 30 Notice (N/C) | 0.00 | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/19/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 11/20/2007 | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/20/2007 | | | |
| 11/20/2007 | (File 5128) Revisions to Motion to Compel | 125.00 | |
| 11/20/2007 | | | |
| 11/20/2007 | | | |
| 11/20/2007 | | | |
| 11/21/2007 | | | |
| 11/21/2007 | | | |
| 11/21/2007 | | | |
| 11/22/2007 | | | |
| 11/23/2007 | | | |
| 11/23/2007 | | | |
| 11/23/2007 | | | |
| 11/23/2007 | (File 5128) Preparation Subpoena to Clear Channel | 82.50 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

Page 51

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/23/2007 | Postage and Delivery Fees (Subpoena Fee to Clear Channel) | 40.00 | |
| 11/24/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/25/2007 | | | |
| 11/27/2007 | | | |
| 11/27/2007 | (File 5128) Preparation supplemental response to Defendants' second set of interrogatories and production requests | 312.50 | |
| 11/27/2007 | | | |
| 11/27/2007 | | | |
| 11/28/2007 | (File 5128) Court hearing | 687.50 | |
| 11/28/2007 | (File 5128) parking | 13.00 | |
| 11/28/2007 | (File 5128) Mileage | 25.22 | |
| 11/28/2007 | (File 5128) Tolls | 0.80 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/28/2007 | | | |
| 11/28/2007 | | | |
| 11/28/2007 | | | |
| 11/28/2007 | | | |
| 11/29/2007 | | | |
| 11/29/2007 | | | |
| 11/29/2007 | | | |
| 11/29/2007 | (File 5128) Analysis of Court Order re: Plaintiff's Motion to Compel (.25hr) | 62.50 | ▓▓▓ |
| 11/30/2007 | | | |
| 12/01/2007 | | | |
| 12/03/2007 | | | |
| 12/03/2007 | | | |
| 12/03/2007 | | | |
| 12/03/2007 | | | |
| 12/03/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

Page 53

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/04/2007 | | | |
| 12/05/2007 | | | |
| 12/05/2007 | | | |
| 12/07/2007 | | | |
| 12/09/2007 | | | |
| 12/10/2007 | | | |
| 12/10/2007 | (File 5128) Analysis of Judge St. Eve's decision and ruling; correspondence to Clear Channel (T. Dee); telephone conference client | 125.00 | |
| 12/10/2007 | (File 5128) Analysis of correspondence from Defendant's counsel; correspondence to Defendant's counsel re: discovery compliance | 62.50 | |
| 12/11/2007 | | | |
| 12/12/2007 | | | |
| 12/12/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/13/2007 | | | |
| 12/14/2007 | | | |
| 12/14/2007 | | | |
| 12/14/2007 | | | |
| 12/15/2007 | | | |
| 12/17/2007 | | | |
| 12/17/2007 | | | |
| 12/17/2007 | (File 5128) Correspondence to Ian Burns; correspondence to John | 62.50 | ████ |
| 12/17/2007 | | | |
| 12/17/2007 | | | |
| 12/18/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████ | 0.00 | 0.00 | 0.00 | 0.00 | ████ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/19/2007 | | | |
| 12/20/2007 | | | |
| 12/21/2007 | | | |
| 12/21/2007 | | | |
| 12/21/2007 | | | |
| 12/21/2007 | | | |
| 12/23/2007 | (File 5128) Preparation Motion for Sanctions; correspondence to David Zaya re: Deposition | 582.50 | |
| 12/23/2007 | | | |
| 12/23/2007 | | | |
| 12/30/2007 | | | |
| 12/30/2007 | | | |
| 12/30/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

**The Thollander Law Firm, Ltd.**
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | [redacted] | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2007 | | | |
| 01/02/2008 | | | |
| 01/02/2008 | | | |
| 01/02/2008 | | | |
| 01/02/2008 | (File 5128) Preparation for Hearing (Motion for Sanctions) | 62.50 | [redacted] |
| 01/02/2008 | | | |
| 01/03/2008 | (File 5128) Court Hearing (Motion for Sanctions); correspondence to Client re: same | 832.50 | [redacted] |
| 01/03/2008 | (File 5128) Parking | 13.00 | [redacted] |
| 01/03/2008 | (File 5128) Mileage | 28.60 | |
| 01/03/2008 | (File 5128) Tolls | 0.80 | |
| 01/03/2008 | (File 5128) Analysis of file and authorities for piercing corporate veil/personal liability of officers, directors, and shareholders | 250.00 | |
| 01/03/2008 | | | |
| 01/03/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| [redacted] | 0.00 | 0.00 | 0.00 | 0.00 | [redacted] |

Page 57
**Payment is due upon receipt.**

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/24/2008 | | | |
| 01/24/2008 | | | |
| 01/24/2008 | | | |
| 01/24/2008 | | | |
| 01/25/2008 | | | |
| 01/25/2008 | | | |
| 01/28/2008 | | | |
| 01/28/2008 | (File 5128) Telephone conference M. Goodie re: American Metro (.15hr) | 37.50 | |
| 01/29/2008 | | | |
| 01/29/2008 | | | |
| 01/29/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 01/29/2008 | | | |
| 01/30/2008 | | | |
| 01/30/2008 | | | |
| 01/30/2008 | | | |
| 01/30/2008 | | | |
| 01/31/2008 | (File 5128) Court Hearing (2.25hr) | 562.50 | ████ |
| 01/31/2008 | (File 5128) Parking | 13.00 | |
| 01/31/2008 | (File 5128) Mileage | 28.60 | |
| 01/31/2008 | (File 5128) Tolls | 0.80 | |
| 01/31/2008 | | | |
| 02/01/2008 | | | |
| 02/01/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████ | 0.00 | 0.00 | 0.00 | 0.00 | ████ |

Page 62

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/13/2008 | (File 5128) Tolls | 0.80 | ▓▓▓ |
| 02/13/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/13/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/13/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/14/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/14/2008 | (File 5128) Analysis of Motion to Vacate (.15hr) | 37.50 | ▓▓▓ |
| 02/15/2008 | (File 5128) Preparation Response to American Metro Motion to Vacate (1hr) | 250.00 | ▓▓▓ |
| 02/15/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/15/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/15/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/16/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/17/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/18/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 02/18/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/20/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 02/21/2008 | (File 5128) Court (2.5hr, includes travel) | 625.00 | ▓▓ |
| 02/21/2008 | (File 5128) Parking | 10.00 | |
| 02/21/2008 | (File 5128) Tolls | 0.80 | |
| 02/21/2008 | (File 5128) Mileage | 26.00 | |
| 02/22/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 02/22/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 02/24/2008 | (File 5128) Analysis of correspondence from Defense counsel; correspondence to John and Sally re: settlement (.5hr) | 125.00 | ▓▓ |
| 02/26/2008 | (File 5128) Conference paralegal re: American Metro's settlement offer; correspondence to American Metro's counsel (.25hr) | 62.50 | ▓▓ |
| 02/27/2008 | (File 5128) Correspondence to American Metro's counsel re: declination of settlement offer (.25hr) | 62.50 | ▓▓ |
| 02/28/2008 | (File 5128) Court (2.75hr) | 687.50 | ▓▓ |
| 02/28/2008 | (File 5128) Parking | 13.00 | |
| 02/28/2008 | (File 5128) Mileage | 26.00 | |
| 02/28/2008 | (File 5128) Tolls | 0.80 | |
| 02/28/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**