# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ██████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/14/2008 | (File 5128) Analysis of Court Order Vacating Default Judgement (.15hr) | 37.50 | ███ |
| 03/14/2008 | ███████████████████████████ | ███ | ███ |
| 03/15/2008 | (File 5128) Motion for Fees (1hr) | 250.00 | ███ |
| 03/15/2008 | ███████████████████████████ | ███ | ███ |
| 03/15/2008 | ███████████████████████████ | ███ | ███ |
| 03/17/2008 | ███████████████████████████ | ███ | ███ |
| 03/17/2008 | ███████████████████████████ | ███ | ███ |
| 03/17/2008 | ███████████████████████████ | ███ | ███ |
| 03/17/2008 | ███████████████████████████ | ███ | ███ |
| 03/17/2008 | ███████████████████████████ | ███ | ███ |
| 03/18/2008 | (File 5128) Analysis of O'Hare Virtual Kiosks via internet; telephone conference Laurie Buer (2); telephone conference John re: same; Preparation Motion for Sanctions for Violation of December 10, 2007 Preliminary Injunction (4hr) | 1,000.00 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ███ | 0.00 | 0.00 | 0.00 | 0.00 | ███ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | [redacted] | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/19/2008 | (File 5128) Analysis of case authorities concerning liability of Central City Productions; conference co-counsel; correspondence to and from T. Dee (Clear Channel counsel); correspondence to and from Laurie Buer (3.75hr) | 937.50 | [redacted] |
| 03/19/2008 | (File 5128) Telephone conference process server re: Subpoena served upon Central City Productions, Inc. | 37.50 | [redacted] |
| 03/19/2008 | [redacted] | [redacted] | [redacted] |
| 03/19/2008 | (File 5128) Analysis case authorities and preliminary preparation complaint against contributory infringers; memorandum to client re: same | 800.00 | [redacted] |
| 03/19/2008 | (File 5128) Telephone conference with Process Server (.15hr) | 37.50 | [redacted] |
| 03/20/2008 | (File 5128) Revisions to Memorandum re: Central City Production (1hr) | 250.00 | [redacted] |
| 03/20/2008 | (File 5128) Revisions to Motion; preparation of Affidavits (Laurie and DCJ); telephone conference with Laurie; filing of Motion with Court (2.50hr) | 625.00 | [redacted] |
| 03/20/2008 | Telephone conference with Laurie Buer (.25hr) | 62.50 | [redacted] |
| 03/20/2008 | Postage | 0.58 | [redacted] |
| 03/21/2008 | [redacted] | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| [redacted] | 0.00 | 0.00 | 0.00 | 0.00 | [redacted] |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ██████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/21/2008 | ██████████████ | ███ | ███ |
| 03/21/2008 | ██████████████ | ███ | ███ |
| 03/25/2008 | ██████████████ | ███ | ███ |
| 03/25/2008 | ██████████████ | ███ | ███ |
| 03/25/2008 | (File 5128) Telephone conference M. Goodie re: American Metro (.33hr) | 82.50 | ███ |
| 03/26/2008 | ██████████████ | ███ | ███ |
| 03/27/2008 | ██████████████ | ███ | ███ |
| 03/28/2008 | ██████████████ | ███ | ███ |
| 03/28/2008 | ██████████████ | ███ | ███ |
| 03/28/2008 | ██████████████ | | |
| 03/28/2008 | ██████████████ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 8,570.29 | 0.00 | 0.00 | 0.00 | 0.00 | ███ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/28/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 03/29/2008 | (File 5128) Analysis of discovery responses by American Metro (1hr) | 250.00 | ▓▓▓ |
| 03/30/2008 | (File 5128) Preparation Motion and supplemental discovery regarding failed discovery responses by Defendant American Metro; correspondence to Clear Channel re: compliance with Subpoena; | 625.00 | ▓▓▓ |
| 03/31/2008 | ▓▓▓ | 250.00 | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | (File 5128) Correspondence to Central City Productions (.25hr) | 62.50 | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |
| 04/01/2008 | ▓▓▓ | ▓▓▓ | ▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▉▉▉ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/02/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/02/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/02/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/03/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/04/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/04/2008 | (File 5128) Preparation of Motion for Rule (2hr) | 500.00 | |
| 04/04/2008 | (File 5128) Telephone conference with Laurie re: Central City; analysis of American Metro Pleading (Response and Motion) (2hr) | 500.00 | |
| 04/04/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/05/2008 | (File 5128) Revisions to Motion for Rule to Show Cause; preparation Affidavit of L. Buer and DCT (Central City Productions) (1hr) | 250.00 | |
| 04/05/2008 | ▉▉▉ | ▉▉▉ | ▉▉▉ |
| 04/07/2008 | (File 5128) Postage Fees | 2.81 | |
| 04/07/2008 | (File 5128) Analysis of discovery responses, Response to Motion for Additional Time to Respond, preparation Motion to Strike, preparation supplemental discovery requests (3.5hr) | 875.00 | |
| 04/08/2008 | (File 5128) Revisions to Motion to Strike; filing same with Court (1hr) | 250.00 | ▉▉▉ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▉▉▉ | 0.00 | 0.00 | 0.00 | 0.00 | ▉▉▉ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/08/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/08/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/09/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/09/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/11/2008 | (File 5128) Preparation Motion for Default (.5hr) | 125.00 | |
| 04/13/2008 | Correspondence to and from John re: Airport Kiosks (.25hr) | 62.50 | |
| 04/13/2008 | (File 5128) Analysis of American Metro's discovery responses (.5hr) | 125.00 | |
| 04/15/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/17/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 04/17/2008 | (File 5128) Analysis of Clear Channel data (1.50hr) | 375.00 | |
| 04/17/2008 | Mileage: 52miles @ .50/mile | 26.00 | |
| 04/17/2008 | Tolls: 2tolls @ .40/toll | 0.80 | |
| 04/17/2008 | Parking | 10.00 | |
| 04/17/2008 | Review Draft of Clear Channel Complaint for Specific Performance (.5hr) | 87.50 | |
| 04/18/2008 | (File 5128) Analysis of American Metro filing (.25hr) | 62.50 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/19/2008 | | | |
| 04/19/2008 | | | |
| 04/21/2008 | (File 5128) Analysis of Central City Production documents (1hr) | 250.00 | |
| 04/21/2008 | (File 5128) Telephone conference John Khio, American Metro (.15hr) | 37.50 | |
| 04/22/2008 | (File 5128) Analysis of Court Order (.15hr) | 37.50 | |
| 04/22/2008 | | | |
| 04/23/2008 | | | |
| 04/23/2008 | | | |
| 04/23/2008 | | | |
| 04/24/2008 | | | |
| 04/24/2008 | (File 5128) Telephone conference with counsel representing American Metro (.15hr) | 37.50 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/25/2008 | (File 5128) Preparation Motion for Additional Discovery; reviewed pleadings by American Metro; analysis of past discovery responses by American Metro (2hr) | 500.00 | |
| 04/25/2008 | | | |
| 04/26/2008 | (File 5128) Preparation Motion for Attorney's Fees with exhibits (2hr) | 500.00 | |
| 04/27/2008 | | | |
| 04/28/2008 | (File 5128) Court hearing (3hr includes travel) | 750.00 | |
| 04/28/2008 | (File 5128) Parking | 16.00 | |
| 04/28/2008 | (File 5128) Mileage | 26.00 | |
| 04/28/2008 | (File 5128) Tolls | 0.80 | |
| 04/28/2008 | Postage Fees (9 certified letters) | 46.89 | |
| 04/28/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date
9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ██████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 04/28/2008 | ████████████████ | ████ | ████ |
| 04/28/2008 | ████████████████ | ████ | ████ |
| 04/28/2008 | (File 5128) Draft Amended Complaint to include officers of American Metro and "independent drivers and limousine operators" (1.5hr) | 375.00 | ████ |
| 04/29/2008 | ████████████████ | ████ | ████ |
| 04/29/2008 | ████████████████ | | |
| 04/29/2008 | ████████████████ | | |
| 04/29/2008 | ████████████████ | ████ | ████ |
| 04/30/2008 | ████████████████ | | |
| 04/30/2008 | ████████████████ | | |
| 05/01/2008 | ████████████████ | | |
| 05/01/2008 | ████████████████ | | |
| 05/01/2008 | ████████████████ | | |
| 05/01/2008 | ████████████████ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████ | 0.00 | 0.00 | 0.00 | 0.00 | ████ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/01/2008 | | | |
| 05/01/2008 | (File 5128) Preparation Amended Complaint (.33hr) | 82.50 | |
| 05/02/2008 | | | |
| 05/02/2008 | | | |
| 05/02/2008 | | | |
| 05/02/2008 | | | |
| 05/03/2008 | (File 5128) Draft Amended Complaint, draft supplemental discovery (3hr) | 750.00 | |
| 05/04/2008 | (File 5128) Revisions to Amended Complaint (1.5hr) | 375.00 | |
| 05/04/2008 | | | |
| 05/05/2008 | Postage (5128) | 5.00 | |
| 05/05/2008 | | | |
| 05/05/2008 | | | |
| 05/05/2008 | (File 5128) Correspondence to Sally and John (.20hr) | 50.00 | |
| 05/06/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**