# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/14/2008 | | | |
| 05/14/2008 | (File 5128) Preparation Motion for Sanctions and Judgment against American Metro and its officers for violation of Court Order (1.5hr) | 375.00 | |
| 05/15/2008 | | | |
| 05/16/2008 | | | |
| 05/16/2008 | | | |
| 05/16/2008 | | | |
| 05/17/2008 | | | |
| 05/17/2008 | | | |
| 05/19/2008 | | | |
| 05/20/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▨▨▨ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/20/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/20/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/21/2008 | (File 5128) Analysis of Court Order; preparation summons; conference paralegal (.25hr) | 62.50 | ▨▨ |
| 05/21/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/22/2008 | ▨▨▨ | ▨▨ | ▨▨ |
| 05/22/2008 | ▨▨▨ | ▨▨ | ▨▨ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▨▨▨ | 0.00 | 0.00 | 0.00 | 0.00 | ▨▨▨ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | $8,570.29 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/27/2008 | | | |
| 05/27/2008 | | | |
| 05/27/2008 | | | |
| 05/27/2008 | | | |
| 05/28/2008 | (File 5128) Court hearing  (2.25hr) | 562.50 | |
| 05/28/2008 | | | |
| 05/28/2008 | (File 5128) Parking | 28.00 | |
| 05/28/2008 | (File 5128) Mileage | 26.00 | |
| 05/28/2008 | (File 5128) Tolls | 0.80 | |
| 05/28/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer, ... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/04/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/05/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/05/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/06/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/09/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/10/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/10/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 06/11/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 06/11/2008 | (File 5128) Preparation of Motion for Default and Sanctions; analysis of recent case authority re: trademark and expectations of customers from internet (1.25hr) | 312.50 | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/11/2008 | | | |
| 06/11/2008 | | | |
| 06/11/2008 | | | |
| 06/13/2008 | | | |
| 06/13/2008 | | | |
| 06/13/2008 | | | |
| 06/13/2008 | | | |
| 06/13/2008 | | | |
| 06/13/2008 | | | |
| 06/15/2008 | (File 5128) Preparation Motion for Default re: American Metro and Khio; preparation motion for rule to show cause(1.25hr) | 312.50 | |
| 06/15/2008 | | | |
| 06/17/2008 | | | |
| 06/19/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ████ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 06/19/2008 | (File 5128) E-filing motions and notices with District Court; conference paralegal re: same (.25hr) | 62.50 | ████ |
| 06/19/2008 | ████████████████████ | ███ | ████ |
| 06/21/2008 | (File 5128) Preparation supplemenatl discovery to American Metro re: list of drivers; preparation Motion for Default re: David Zaya (1.33hr) | 332.50 | ████ |
| 06/21/2008 | ████████████████ | ███ | ████ |
| 06/22/2008 | (File 5128) Analysis of case authorities cited by Harrison counsel and Defense counsel in appellate briefs; e-filing service of process on David Zaya with District Court; conference paralegal re: courtesy copies to Court (2.25hr) | 562.50 | ████ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ████ | 0.00 | 0.00 | 0.00 | 0.00 | ████ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/07/2008 | ▓▓▓▓▓▓▓▓▓▓ | ▓▓ | |
| 07/07/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 07/07/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 07/07/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓84.80 |
| 07/07/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓0.80 |
| 07/07/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓ |
| 07/07/2008 | ▓▓▓▓▓ Conference to ▓▓▓ | ▓.00 | ▓▓ |
| 07/07/2008 | ▓▓▓▓▓ ▓▓ ▓▓ | ▓.00 | ▓▓ |
| 07/08/2008 | ▓▓▓▓▓▓▓▓ | | ▓▓ |
| 07/08/2008 | ▓▓▓▓▓▓▓▓ | | ▓▓ |
| 07/08/2008 | (5128) Court appearance | 812.50 | ▓▓ |
| 07/08/2008 | Parking Fee | 17.00 | ▓▓ |
| 07/08/2008 | Subpoena Fee | 25.00 | ▓▓ |
| 07/10/2008 | ▓. | ▓▓ | ▓▓ |
| 07/10/2008 | Correspondence to Sally RE: Metro Status | 62.50 | ▓▓ |
| 07/10/2008 | ▓▓▓▓▓▓▓▓ | ▓.50 | 147.8▓ |
| 07/10/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓37.8▓ |
| 07/10/2008 | ▓▓▓▓▓▓▓▓ | ▓▓ | ▓37.8▓ |
| 07/10/2008 | ▓▓▓▓▓ Video Te▓ | ▓.00 | ▓07.8▓ |
| 07/11/2008 | ▓▓▓▓▓▓▓▓ | ▓.00 | ▓23.8▓ |
| 07/11/2008 | ▓▓▓▓▓▓▓▓ | 0.80 | ▓23.8▓ |
| 07/11/2008 | ▓▓▓▓▓▓▓▓ | | |
| 07/11/2008 | ▓▓▓▓▓▓▓▓ | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ~~$8,570.29~~ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/01/2008 | | | |
| 08/01/2008 | | | |
| 08/05/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/06/2008 | | | |
| 08/07/2008 | | | |
| 08/07/2008 | (File 5128) Preparation for hearing (.33hr) | 82.50 | |
| 08/07/2008 | | | |
| 08/08/2008 | (File 5128) Telephone call from Hakeem re: American Metro (2) (.25hr) | 62.50 | |
| 08/08/2008 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 8,570.29 | 0.00 | 0.00 | 0.00 | 0.00 | $8,570.29 |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/08/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/08/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/09/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/11/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 08/11/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/12/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | |
| 08/12/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | |
| 08/13/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/13/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | | |
| 08/13/2008 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓ | ▓▓▓ |
| 08/14/2008 | (File 5128) Telephone conference Hakeem re: American Metro (.15hr) | 37.50 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

# Statement

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700 amer,.. | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/14/2008 | (File 5128) Analysis of correspondence from Client re; Edmund Backus complaint/American Metro; analysis of O'hare Kiosks (virtual web); telephone conference Sally and Dan re: same; analysis of correspondence from Laurie re: misdirected customer and bandit cab (1.25hr) | 312.50 | ▓▓▓▓ |
| 08/14/2008 | Messenger Fees | 31.94 | ▓▓▓▓ |
| 08/14/2008 | Paralegal Time: Paralegal Services of Chicago | 75.00 | ▓▓▓▓ |
| 08/15/2008 | Telephone conference Jay Kleeman re: O'Hare Kiosks (.15hr) | 37.50 | ▓▓▓▓ |
| 08/15/2008 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 08/16/2008 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 08/17/2008 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 08/17/2008 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 08/17/2008 | ▓▓▓▓▓▓▓▓▓ | ▓▓▓ | ▓▓▓▓ |
| 08/18/2008 | ▓▓▓▓▓▓▓▓▓ | | |
| 08/19/2008 | ▓▓▓▓▓▓▓▓▓ | | |
| 08/19/2008 | (File 5128) Preparation Subpoena; Motion for Judgment and proposed Order (1.5hr) | 375.00 | ▓▓▓▓ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▅▅▅▅ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/09/2007 | | | |
| 11/09/2007 | | | |
| 11/10/2007 | | | |
| 11/10/2007 | | | |
| 11/11/2007 | | | |
| 11/11/2007 | | | |
| 11/11/2007 | | | |
| 11/12/2007 | | | |
| 11/12/2007 | | | |
| 11/12/2007 | | | |
| 11/12/2007 | (fILE 5128) Correspondence to Ian Burns re: Discovery compliance | 187.50 | ▅▅▅▅ |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▅▅▅▅ | 0.00 | 0.00 | 0.00 | 0.00 | ▅▅▅▅ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.

1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▓▓▓▓ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 10/08/2007 | | | |
| 10/09/2007 | | | |
| 10/09/2007 | | | |
| 10/09/2007 | | | |
| 10/09/2007 | | | |
| 10/09/2007 | | | |
| 10/10/2007 | | | |
| 10/12/2007 | | | |
| 10/13/2007 | (File 5128) Analysis of Response; preparation Reply to Response in Opposition to Preliminary Injunction | 125.00 | ▓▓▓ |
| 10/14/2007 | (File 5128) Preparation of Reply to Response in Opposition to Preliminary Injunction | 437.50 | ▓▓▓ |
| 10/15/2007 | PMT #1046CFA. | -500.00 | ▓▓▓ |
| 10/15/2007 | (File 5128) analysis of case authorities cited in Response in Opposition to Preliminary Injunction | 250.00 | ▓▓▓ |
| 10/15/2007 | | | |
| 10/16/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▓▓▓▓ | 0.00 | 0.00 | 0.00 | 0.00 | ▓▓▓▓ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▬▬▬ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/01/2007 | | | |
| 08/03/2007 | (File 5128) Analysis of Court Order; correspondence | 82.50 | ▬▬▬ |
| 08/03/2007 | | | |
| 08/03/2007 | | | |
| 08/03/2007 | | | |
| 08/03/2007 | | | |
| 08/04/2007 | | | |
| 08/08/2007 | | | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▬▬▬ | 0.00 | 0.00 | 0.00 | 0.00 | ▬▬▬ |

**Payment is due upon receipt.**

# The Thollander Law Firm, Ltd.
1048 Ogden Avenue
Suite 200
Downers Grove, IL 60515
(630) 971-9195

American Taxi Dispatch, Inc.
Karen, Accounting
834 East Rand Road
Mt. Prospect, IL 60056

# Statement

Date

9/2/2008

| Client No. | Amount Due | Amount Encl. |
|---|---|---|
| 3656.amer,3700.amer,... | ▮▮▮▮ | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/08/2008 | | | |
| 02/08/2008 | | | |
| 02/08/2008 | | | |
| 02/09/2008 | | | |
| 02/09/2008 | | | |
| 02/10/2008 | | | |
| 02/10/2008 | | | |
| 02/11/2008 | (File 5128) Preparation Motion for Permanent Injunction and Award of Attorney's Fees (2.5hr) | 625.00 | ▮▮▮▮ |
| 02/11/2008 | | | |
| 02/12/2008 | | | |
| 02/13/2008 | (File 5128) Court (3hr. includes travel) | 750.00 | ▮▮▮▮ |
| 02/13/2008 | (File 5128) Mileage | 26.00 | |
| 02/13/2008 | (File 5128) Parking | 19.00 | |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 0.00 | 0.00 | 0.00 | 0.00 | ▮▮▮▮ |

**Payment is due upon receipt.**