IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN TAXI DISPATCH, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN METRO TAXI & LIMO CO., an Illinois corporation, DAVID ZAYA, MORIS ZAYA, MIHAI POPESCU, ROMEO WARDA, FRANK THMUD, SEARG AKEBA, JAY ABHISHEK, ALI MARWIN, EDMON GABRLIA, DAVID EHEIN, NIKOLAY TANCHEU, THAER SELAMAN, BEMGEN MECHO, GEORGE TANCHEU, YOUSEF KITANA, AND THAER AWAD, <br><br> Defendants. | Case No.: 07 C 2602 <br><br> Judge Amy J. St. Eve |

## AFFIDAVIT OF SALLY BECK

Sally Beck, being duly sworn on his oath, deposes and states as follows:

1. Affiant is the president of American Taxi Dispatch, Inc. ("American Taxi").

2. Affiant has personal knowledge with respect to the facts and allegations as set forth in the Amended Complaint for Trademark Infringement and Unfair Competition ("Complaint") filed by American Taxi against the Defendants.

3. Affiant verifies under penalties of perjury pursuant to 28 U.S.C. §1746, that the allegations set forth in the Amended Complaint are true and correct.

Affiant sayeth further naught.

_Sally Beck, President_
Sally Beck, President
American Taxi Dispatch, Inc.

Subscribed and sworn to before me,
this 10th day of July 2009

_Maria P. Goss_
Notary Public
The Thollander Law Firm, Ltd.
1048 Ogden Avenue, Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
ARDC Number 6202012

OFFICIAL SEAL
MARIA P GOSS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/27/12