IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICAN TAXI DISPATCH, INC., an Illinois corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN METRO TAXI & LIMO CO, an Illinois corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No.: 07 C 2602 ) ) Judge Amy St. Eve ) ) Magistrate Judge Cole ) ) |

## AFFIDAVIT OF DAVID C. THOLLANDER

David C. Thollander, being duly sworn on his oath, deposes and states as follows:

1. Affiant is an attorney duly licensed to practice law in the State of Illinois and am currently the principal of The Thollander Law Firm, Ltd. and counsel of record for the Plaintiff, American Taxi Dispatch, Inc. (hereinafter "American Taxi") in the above-captioned action. If called as a witness, Affiant could competently testify as to the matters herein set forth.

2. On or about early April 2009, Affiant engaged the services of a process server to effectuate service of process (service of the Amended Complaint and Summons) upon Defendants Mihai Popescu, Nikolay Tancheu and George Tancheu.

3. On April 13, 2009, the process server effectuated service upon Defendants Mihai Popescu, Nikolay Tancheu and George Tancheu. In furtherance thereof, on May 19, 2009, Affiant did cause to be filed with the Clerk of the United States District Court, Northern District of Illinois the return of service reflecting service of process upon each of the aforesaid Defendants.

Affiant sayeth further naught.

_____
David C. Thollander

Subscribed and Sworn to before me,
this 10th day of July, 2009

_____
Notary Public

OFFICIAL SEAL
MARIA P GOSS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/27/12

The Thollander Law Firm, Ltd.
1048 Ogden Avenue, Suite 200
Downers Grove, Illinois 60515
Phone: (630) 971 - 9195
Fax: (630) 971-9240 (Fax service expressly declined)
ARDC Number 6202012